DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. GILLESPIE

No. 1 PC.

Case below: 31 N.C. App. 520.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 January 1977. Notice of appeal withdrawn by defendant.

STATE v. HARDY

No. 7.

Case below: 31 N.C. App. 67.

Appeal dismissed ex mero motu for lack of substantial constitutional question 11 January 1977.

STATE v. HARMON

No. 26.

Case below: 31 N.C. App. 368.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 January 1977.

STATE v. IVEY

No. 126 PC.

Case below: 31 N.C. App. 524.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 January 1977.

STATE v. McFADDEN

No. 134 PC.

Case below: 31 N.C. App. 524.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 31 January 1977. Motion of Attorney Generel to dismiss appeal for lack of substantial constitutional question denied 31 January 1977.